IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| World Health Alternatives, Inc., et al.,[1] | ) | Case No. 06-10166 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: D.I. 404 |

## ORDER CONVERTING CHAPTER 11 CASES TO CASES UNDER CHAPTER 7

This matter is before the Court on the motion of World Health Alternatives, Inc. ("World Health"), World Health Staffing, Inc. d/b/a Parker Services, World Health Staffing, Inc. f/k/a MedTech Medical Staffing of Orlando, Inc., Better Solutions, Inc., JC Nationwide, Inc. f/k/a MedTech Staffing of Boca Raton, Inc. d/b/a JC Nationwide, MedTech Medical Staffing of New England, Inc., and MedTech Franchising, Inc. (collectively, the "Debtors") for an order converting these Chapter 11 cases to cases under Chapter 7 of the Bankruptcy Code (the "Motion"). Capitalized terms used but not defined in this Order shall have the meanings ascribed to such terms in the Motion.

The Court has considered the Motion and the matters reflected in the record of the hearing held on the Motion. It appears that the Court has jurisdiction over this proceeding; that this is a core proceeding; that notice of the Motion has been given to the Office of the United States Trustee, those persons who have requested service pursuant to Bankruptcy Rule 2002, counsel for the Debtors' debtor-in-possession lenders, and the

---

[1] In addition to World Health Alternatives, Inc., the following entities are debtors in possession in these jointly administered bankruptcy cases: World Health Staffing, Inc., a California corporation, World Health Staffing, Inc., a Delaware corporation, f/k/a MedTech Medical Staffing of Orlando, Inc., Better Solutions, Inc., JC Nationwide, Inc. f/k/a MedTech Staffing of Boca Raton, Inc. d/b/a JC Nationwide, MedTech Medical Staffing of New England, Inc., and MedTech Franchising, Inc.

Official Committee of Unsecured Creditors; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtors, their estates, and their creditors; and that good and sufficient cause exists for such relief.

Accordingly, it is hereby ORDERED as follows:

1. The Motion (D.I. 404) is GRANTED.

2. These Chapter 11 Cases are converted to cases under Chapter 7 of the Bankruptcy Code effective as of October 31, 2006 (the "Conversion Date").

3. It is further ORDERED that:

    a. Within 30 days of the date of entry of this Order on the docket, to the extent that they have not already done so, the Debtors shall file a schedule of current income, current expenditures, all monthly operating reports and the statement of intention, if applicable, to the extent required by 11 U.S.C. § 521(a).

    b. To the extent that they have not already done so, the Debtors shall file all applicable statements, schedules and reports in a timely manner to the extent required by Interim Bankruptcy Rule 1019.

    c. Each professional employed under 11 U.S.C. § 327 or 11 U.S.C. § 1103 shall file a final application for compensation for fees and/or expenses incurred during the chapter 11 administration within 30 days of the Conversion Date. A hearing on such timely filed final fee applications shall be held before this Court at *10:00 a.m.* on *Jan. 16* 2006 (the "Final Fee Hearing"). Objections to any final fee application must be filed no later than five days prior to the Final Fee Hearing.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5.     The Debtors are directed to serve a copy of this Order on all parties on the Master Service List within two (2) days of the entry of this Order and to file a certificate of service with the Clerk of the Court.

**SO ORDERED.**

Dated: Wilmington, Delaware
       October 24, 2006

_____
Honorable Peter J. Walsh
United States Bankruptcy Court Judge